IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245045, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-CV-705-WKW |
| | ) [WO] |
| SGT. EDWARDS, WALTER MYERS, PATRICE RICHIE, and CAPTAIN LAWSON, | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 20.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 20) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's abandonment of his claims and failure to comply with a court order.

A final judgment will be entered separately.

DONE this 22nd day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE